IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE,                )<br>                                                       )<br>            Plaintiff,                        )<br>                                                       )<br>    v.                                              )<br>                                                       )<br>SANTA CLARA COUNTY     )<br>DEPARTMENT OF CORRECTIONS, et )<br>al.,                                              )<br>                                                       )<br>            Defendants.                 )<br>_____ ) | No. C 14-0359 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(Docket No. 2) |

On January 24, 2014, Plaintiff, a California prisoner proceeding pro se, filed civil action in this Court. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed a complete application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the filing fee or complete his IFP application, including a statement from his inmate trust account and certificate of funds signed by an authorized jail official, within thirty days. No response has been received. As more than thirty days have passed and Plaintiff has neither paid the filing fee, submitted a complete IFP application nor shown cause for his failure to do

1  so, this case is DISMISSED without prejudice.  The incomplete IFP application (docket
2  2) is DENIED and no fee is due.
3      The Clerk shall enter judgment and close the file.
4      IT IS SO ORDERED.
5  DATED: April 3, 2014
6                          JEFFREY S. WHITE
                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANCEY BLAKE,

        Plaintiff,

  v.

SANTA CLARA DEPT. OF CORRECTIONS et al,

        Defendant.

Case Number: CV14-00359 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawncey Blake
#13048685
701 S. Abel Street
Milpitas, CA 95035

Dated: April 3, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk